```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 28747
   JAMES L RYAN
   ELENA M RYAN                                 CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-7357     SSN XXX-XX-9888

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/20/05 and confirmed on 09/09/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 115480.88 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
DOWNEY SAVINGS & LN       CURRENT MORTG      78276.16          .00       78276.16
CHASE AUTOMOTIVE FINANCE  SECURED VEHIC       7300.00       801.45        7300.00
MOTOROLA CREDIT UNION     SECURED VEHIC       4892.12       537.09        4892.12
CITIFINANCIAL             SECURED              250.00        24.23         250.00
CAPITAL ONE BANK          UNSECURED            436.48          .00         123.77
CAPITAL ONE BANK          UNSECURED            289.70          .00          82.15
CAPITAL ONE BANK          UNSECURED            280.95          .00          79.67
CAPITAL ONE BANK          UNSECURED            973.34          .00         276.00
RESURGENT CAPITAL SERVIC  UNSECURED          17473.30          .00        4954.74
ECAST SETTLEMENT CORPORA  UNSECURED          14154.93          .00        4013.78
ECAST SETTLEMENT CORPORA  UNSECURED           9259.65          .00        2625.67
ECAST SETTLEMENT CORPORA  UNSECURED           2083.80          .00         590.88
WELLS FARGO FINANCIAL IN  UNSECURED            919.71          .00         260.79
WELLS FARGO FINANCIAL IN  UNSECURED            904.89          .00         256.59
DOWNEY SAVINGS & LN       MORTGAGE ARRE       1850.55          .00        1850.55
CHASE AUTOMOTIVE FINANCE  UNSECURED            117.08          .00          33.20
CITIFINANCIAL             UNSECURED           1034.94          .00         293.47
         Summary of disbursements:
------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  92568.83         .00     47928.77          .00     140497.60
PRINCIPAL PAID      92568.83         .00     13590.71          .00     106159.54
INTEREST PAID        1362.77         .00          .00          .00       1362.77
TOTAL PAID          93931.60         .00     13590.71          .00     107522.31
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $   4977.69 .

Refunds to the Debtor totaled $    280.88 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/08/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE